IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ABDULASEN NAZARKHUDOEV**, *Petitioner*, v. **JAMAL JAMISON, in his official capacity as the Warden of Philadelphia Detention Center, et al.**, *Respondents*. | **Case No. 2:26-cv-00991-JDW** |

## ORDER

**AND NOW**, this 17th day of February, 2026, upon review of Petitioner Abdulasen Nazarkhudoev's Petition For Writ Of Habeas Corpus (ECF No. 1), it is **ORDERED** that, on or before Wednesday, February 18, 2026 at 5:00 p.m., Respondents shall advise me whether they oppose Mr. Nazarkhudoev's Petition and, if so, whether they intend to make any arguments other than the Government made in *Kashranov v. J.L. Jamison*, Case No. 2:25-cv-05555-JDW, 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025).

It is **FURTHER ORDERED** that Petitioner's counsel is to serve the Petition and this Order on the Government at the following email addresses: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, gregory.david@usdoj.gov, and mark.sherer@usdoj.gov.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.