## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ABDULASEN NAZARKHUDOEV**, <br><br> *Petitioner*, <br><br> v. <br><br> **JAMAL JAMISON, in his official capacity as the Warden of Philadelphia Detention Center, et al.**, <br><br> *Respondents*. | **Case No. 2:26-cv-00991-JDW** |

## ORDER

**AND NOW**, this 3rd day of March, 2026, it is **ORDERED** that on or before Thursday, March 5, 2026 at 5:00 p.m., Respondents shall file an update letter on the docket as to the status of Petitioner Abdulasen Nazarkhudoev's detention.[1]

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.

---

[1]    I have not been able to locate Petitioner Abdulasen Nazarkhudoev using U.S. Immigration And Customs Enforcement's Online Detainee Locator System.