IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ABDULASEN NAZARKHUDOEV**, <br><br> *Petitioner*, <br><br> v. <br><br> **JAMAL JAMISON, in his official capacity as the Warden of Philadelphia Detention Center, et al.**, <br><br> *Respondents.* | **Case No. 2:26-cv-00991-JDW** |

## ORDER

**AND NOW**, this 4th day of March, 2026, upon review of Petitioner Abdulasen Nazarkhudoev's Petition For Writ Of Habeas Corpus (ECF No. 1), and for substantially the same reasons set forth in *Kashranov v. J.L. Jamison*, Case No. 2:25-cv-5555-JDW, 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025) and *Olimov v. Jamison,* No. 26-cv-532-JDW, 2026 WL 596155 (E.D. Pa. Mar. 3, 2026), it is **ORDERED** as follows:

1. Mr. Nazarkhudoev is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2)(A);

2. The Government shall **RELEASE** Mr. Nazarkhudoev from custody immediately and certify compliance with this Order by filing on the docket no later than 5:00 p.m. ET on March 5, 2026;

3. The Government is temporarily enjoined from re-detaining Mr. Nazarkhudoev for seven days following his release from custody;

4. If the Government chooses to pursue re-detention of Mr. Nazarkhudoev after that seven-day period, then it must first provide him with a bond hearing, at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings; and

5. Pending the ordered bond hearing, the Government cannot remove, transfer, or otherwise facilitate the removal of Mr. Nazarkhudoev from the Eastern District of Pennsylvania before the ordered bond hearing. If the immigration judge determines that Mr. Nazarkhudoev is subject to detention under 8 U.S.C. § 1226(a), then the Government may request permission from me to move Mr. Nazarkhudoev if unforeseen or emergency circumstances arise that require him to be removed from the District. Any such request must include an explanation for the request as well as a proposed destination. I will then determine whether to grant the request and permit transfer of Mr. Nazarkhudoev.

The Clerk Of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.